UNITED STATES of America,
Plaintiff–Appellee

v.

Domingo CASTELLON, Defendant–Appellant.

No. 12–10662
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, William Reynolds Biggs, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Domingo Castellon raises arguments that he concedes are foreclosed by *United States v. Miller,* 665 F.3d 114, 119–23 (5th Cir.2011), *cert. denied,* —— U.S. ——, 132 S.Ct. 2773, 183 L.Ed.2d 643 (2012), which held that "we will not reject [U.S. Sentencing Guidelines Manual § 2G2.2] as 'unreasonable' or 'irrational' simply because it is not based on empirical data and even if it leads to some disparities in sentencing." The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.